UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23127-CIV-ALTONAGA/Goodman

**SANTIAGO US PACHECO,** *et al.*,

    Plaintiffs,
v.

**CACERES INTERIOR PARTITIONS, INC.**
and **JORGE E. CACERES**

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On August 28, 2018, Plaintiffs served a copy of the summons and Second Amended Complaint on Defendants, Caceres Interior Partitions, Inc. and Jorge E. Caceres (*See* Proofs of Service [ECF No. 16] 2, 4). To date, Defendants have failed to answer or otherwise respond to the Second Amended Complaint and the deadline to do so has passed. Accordingly, it is

    **ORDERED AND ADJUDGED** that Plaintiffs shall submit a *motion for entry of clerk's default* no later than **September 19, 2018**, that includes the certificates of service indicating that notices were sent to Defendants, including the addresses to which the notices were sent. Plaintiffs' failure to file the *motion for entry of clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice.

    **DONE AND ORDERED** in Miami, Florida, this 14th day of September, 2018.

                                                  _____
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record