UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SANTIAGO US PACHECO, et al.

            PLAINTIFF(S)

CASE NUMBER
1:18−cv−23127−CMA

v.

CACERES INTERIOR PARTITIONS, INC.,, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

            DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**CACERES INTERIOR PARTITIONS, INC.**
**JORGE E. CACERES**

as of course, on the date September 18, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc: Judge Cecilia M. Altonaga
     Santiago Us Pacheco

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)