UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23127-CIV-CMA

| | |
|---|---|
| SANTIAGO US PACHECO, | ) |
| EDA PATRICIA FIGUEROA VELASQUEZ, | ) |
| LUIS HUMBERTO MALDONADO | ) |
| FLORES, SAMUEL ENAMORADO | ) |
| GOMEZ, and all others similarly situated | ) |
| under 29 U.S.C. 216(b), | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| CACERES INTERIOR PARTITIONS, INC., | ) |
| JORGE E CACERES, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH [DE22]

**COME NOW** the Plaintiffs, by and through undersigned counsel, and file the above-styled Unopposed Motion, and in support thereof state as follows:

1. On September 17, 2018, Plaintiffs moved this Court for Clerks Entry of Default as to to all Defendants [DE20], and, on September 18, 2018, the Clerk entered default against same [DE21].

2. Thereafter, on September 20, 2018, this Court entered an Order on Default Final Judgment Procedure requiring Plaintiffs to file one of two responses, either motion for default final judgment and/or notice of joint liability, by September 27, 2018. [DE22].

3. Defendants then filed a Motion to set aside Default, which this Court had originally

set a hearing for to occur on September 27, 2018 at 2:00 p.m. [DE23,24]. Said hearing would have allowed this Court to rule on Defendants motion prior to Plaintiffs having to comply with the Court's Order [DE22].

4. Subsequently, this Court re-set the hearing on Defendants' Motion to set aside Default to September 28, 2018, at 10:00 a.m. [DE25]. This hearing, as currently set, would require the Plaintiffs to comply with [DE22] the day before this Court hears the Parties arguments on Defendants Motion to set aside the Default.

5. It would benefit judicial economy to allow the extension and will allow additional time for this Court to resolve Defendants' pending motion, prior to Plaintiffs' filing of a motion for default final judgment and/or notice of joint liability.

6. **Defendants do not oppose the instant Motion.**

7. Therefore, Plaintiffs respectfully request this Court grant this Motion and permit Plaintiffs seven (7) days from the Court's Order regarding Defendants Motion [DE23], should the Court deny same, to comply with the Court's Order [DE22].

## MEMORANDUM OF LAW

The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360 (5th Cir. 1995).

The requested enlargement is not sought for purposes of delay and would permit the Court time to possibly rule on Defendants' Motion [DE23]. Should the Court grant Defendants'

Motion [DE23] it would obviate the need for Plaintiffs to comply with the Court's Order [DE22]. Plaintiffs filed the instant Motion so as to minimize the accretion of fees and costs on both sides.

WHEREFORE PLAINTIFFS RESPECTFULLY REQUEST THIS COURT GRANT THIS MOTION AND PERMIT PLAINTIFFS SEVEN (7) DAYS FROM THE COURT'S ORDER REGARDING DEFENDANTS MOTION [DE23], SHOULD THE COURT DENY SAME, TO COMPLY WITH THE COURT'S ORDER [DE22].

### CERTIFICATE OF CONFERRAL

Defense counsel does not oppose the instant Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 093940

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 9/27/18 TO:**

**Mendy Halberstam, Esq.**
**Jackson Lewis P.C.**
**One Biscayne Tower**
**Two South Biscayne Blvd., Suite 3500**
**Miami, FL 33131**
**305-577-7600**
**Fax: 305-373-4466**
**Email: mendy.halberstam@jacksonlewis.com**

BY:___/s/___Neil Tobak_____
    **NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23127-CIV-CMA

SANTIAGO US PACHECO,                              )
EDA PATRICIA FIGUEROA VELASQUEZ, )
LUIS HUMBERTO MALDONADO          )
FLORES, SAMUEL ENAMORADO         )
GOMEZ, and all others similarly situated )
under 29 U.S.C. 216(b),                              )
                                                                    )
        Plaintiffs,                                      )
vs.                                                                 )
                                                                    )
CACERES INTERIOR PARTITIONS, INC., )
JORGE E CACERES,                                   )
                                                                    )
        Defendants.                                  )
_____)

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH [DE22]

This cause, having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Comply with [DE22], and the Court being duly advised in the premises, it is ORDERED, and ADJUDGED that said Motion is GRANTED and therefore:

PLAINTIFFS SHALL HAVE SEVEN (7) DAYS FROM THE COURT'S ORDER REGARDING DEFENDANTS' MOTION [DE23], SHOULD THE COURT DENY SAME, TO COMPLY WITH [DE22]

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

                                                              _____
                                                              CECILIA M. ALTONAGA
                                                             UNITED STATES MAGISTRATE JUDGE

Copies to:     Counsel of Record