UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23127-CIV-ALTONAGA/Goodman

**SANTIAGO US PACHECO,** *et al.*,

    Plaintiffs,
v.

**CACERES INTERIOR PARTITIONS, INC.**
and **JORGE E. CACERES**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Notice of Withdrawing Opposition to [DE 23] [ECF No. 28], filed September 27, 2018. Plaintiffs state that after further consideration, they do not oppose Defendants' Motion to Set Aside Clerk's Default and Motion for Extension of Time to Respond to Complaint [ECF No. 23]. (*See* Notice 1). Accordingly, it is

**ORDERED AND AJUDGED** as follows:

1. Defendants' Motion to Set Aside Clerk's Default and Motion for Extension of Time to Respond to Complaint **[ECF No. 23]** is **GRANTED**. The Clerk's Default **[ECF No. 21]** is **SET ASIDE**.

2. The Hearing scheduled for September 28, 2018 **[ECF No. 25]** is **CANCELLED**.

3. Defendants must file an answer or response to Plaintiffs' Second Amended Complaint **[ECF No. 15]** by **October 5, 2018**.

4. The deadline for the parties to submit a joint scheduling report and their certificates of interested parties, previously set for September 25, 2018 (*see* Order [ECF No. 18]), is extended to **October 10, 2018**.

CASE NO. 18-23127-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2018.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:      counsel of record