**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 18-CV-23127-CMA**

SANTIAGO US PACHECO,
EDA PATRICIA FIGUEROA VELASQUEZ,
LUIS HUMBERTO MALDONADO FLORES,
SAMUEL ENAMORADO GOMEZ, and all
 others similarly situated under 29 U.S.C. 216(b),

             Plaintiffs,

v.

CACERES INTERIOR PARTITIONS, INC., and
JORGE E. CACERES,

             Defendants.

_____/

## DEFENDANT CACERES INTERIOR PARTITIONS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CACERES INTERIOR PARTITIONS, INC. ("Defendant"), by and through its undersigned counsel, hereby files its Corporate Disclosure Statement and states that Defendant does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock. Other interested parties are those listed in Plaintiff's Certificate of Interested Parties.

Respectfully submitted,

By: /s/ *Mendy Halberstam*
Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: Mendy.Halberstam@JacksonLewis.com
Arielle S. Eisenberg, Esq.
Florida Bar No. 0111467
Email: Arielle.Eisenberg@JacksonLewis.com

CASE NO. 18-CV-23127-CMA

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600
Facsimile:   305-373-4466
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Mendy Halberstam
    Mendy Halberstam, Esq.

2

CASE NO. 18-CV-23127-CMA

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Santiago Us Pacheco, et al. v. Caceres Interior Partitions, Inc., et al.*
**Case No. 18-CV-23127-CMA**

J.H. Zidell, Esq.
Florida Bar No. 0010121
E-mail: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167

*Attorneys for Plaintiffs*

Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: mendy.halberstam@jacksonlewis.com
Arielle S. Eisenberg, Esq.
Florida Bar No. 0111467
Email: Arielle.Eisenberg@JacksonLewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600
Facsimile:  305-373-4466

*Attorneys for Defendants*

4818-7321-7910, v. 1