**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 18-CV-23127-CMA**

SANTIAGO US PACHECO,
EDA PATRICIA FIGUEROA VELASQUEZ,
LUIS HUMBERTO MALDONADO FLORES,
SAMUEL ENAMORADO GOMEZ, and all
others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

v.

CACERES INTERIOR PARTITIONS, INC., and
JORGE E. CACERES,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF WITHDRAWAL, IN PART, OF ITS MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S AUGUST 2, 2018 FLSA PRACTICES ORDER, ECF NO. 6

Defendants, by and through their undersigned counsel, hereby file their Notice of Withdrawal, at least in part, of their of motion to compel compliance with this Court's August 2, 2018 FLSA Practices Order, ECF No. 6, and state as follows:

1. On October 4, after conferring 4 times over a week, Defendants moved to compel compliance with the Court's Order on Court Practices in FLSA Cases, ECF No. 6.

2. This motion, at ECF No. 34, was filed because Plaintiffs filed a factually inaccurate certificate of compliance on September 28, when they had, in fact, never produced documents ordered by the Court and never filed a statement of claim on behalf of two Plaintiffs.

3. Plaintiff's counsel subsequently produced 4 screen shots of an unidentified Plaintiff's phone (showing alleged discreet phone calls and one text message), but also refused to produce other handwritten records they admitted they had until some later point in the litigation.

4. Thoroughly attempting to avoid involving the Court, the undersigned against asked Plaintiff's counsel to provide a date certain when the documents she admitted to having would be produced. Plaintiff's counsel shut down the conversation, necessitating the motion to compel.

5. In the evening of October 4, Plaintiff's counsel wrote to the undersigned, and accused the undersigned of "vexatiously" filing the motion to compel. Nonetheless, and despite claiming **earlier that same day** she did not know if Plaintiffs could locate any of the additional records they had, Plaintiff Pacheco produced two handwritten notes with some record of hours worked, while Plaintiff Velasquez produced 30 pages of time and pay records. No records for Plaintiffs Flores and Gomez were produced.

6. In her email of October 4, Plaintiffs' counsel asserted that "we do not have any additional documents." As Plaintiffs assert they have no other records, there does not appear to be anything to compel with respect to documents.

7. However, the aspect of the motion asking for a simple, easy to follow statement of claim (as opposed to the current amended statement of claim which contains multiple competing and inconsistent theories of recovery as well as multiple caveats and footnotes) remains at issue. Plaintiffs' filing of a false notice of compliance also remains an issue.

8. As there appears to be nothing for the Court to compel with respect to document production, that aspect of the motion is withdrawn and, should the Court find it appropriate, the hearing set for October 15, 2018 may be cancelled.

CASE NO.: 18-CV-23127-CMA

Respectfully submitted,

By: /s/ *Mendy Halberstam*
Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: Mendy.Halberstam@JacksonLewis.com
Arielle S. Eisenberg, Esq.
Florida Bar No. 0111467
Email: Arielle.Eisenberg@JacksonLewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600
Facsimile:   305-373-4466
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/ Mendy Halberstam
Mendy Halberstam, Esq.

CASE NO.: 18-CV-23127-CMA

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Santiago Us Pacheco, et al. v. Caceres Interior Partitions, Inc., et al.*
**Case No. 18-CV-23127-CMA**

| | |
|---|---|
| J.H. Zidell, Esq.<br>Florida Bar No. 0010121<br>E-mail: zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>*Attorneys for Plaintiffs* | Mendy Halberstam, Esq.<br>Florida Bar No. 68999<br>E-mail: mendy.halberstam@jacksonlewis.com<br>Arielle S. Eisenberg, Esq.<br>Florida Bar No. 0111467<br>Email: Arielle.Eisenberg@JacksonLewis.com<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-577-7600<br>Facsimile:  305-373-4466<br>*Attorneys for Defendants* |

4850-7461-2343, v. 1