UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23127-CIV-ALTONAGA/Goodman

**SANTIAGO US PACHECO,** *et al.*,

    Plaintiffs,
v.

**CACERES INTERIOR PARTITIONS, INC.**
and **JORGE E. CACERES**

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at an October 26, 2018 Hearing [ECF No. 59] regarding Plaintiffs' Motion for Leave to File and Serve Third Amended Complaint [ECF No. 46]. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion **[ECF No. 46]** is **DENIED**.

2. Should the parties wish to proceed with the case after their Settlement Conference **[ECF No. 50]** on October 30, 2018, Plaintiffs have until **November 6, 2018** to file and serve an amended complaint addressing every deficiency contained within Plaintiffs' Proposed Third Amended Complaint [ECF No. 46-1]. This will be Plaintiffs' **final opportunity** to amend their complaint under Federal Rule of Civil Procedure 15(a)(2).

**DONE AND ORDERED** in Miami, Florida, this 26th day of October, 2018.

                                                                      _____
                                                                      **CECILIA M. ALTONAGA**
                                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record