UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-23127-CIV-ALTONAGA/Goodman

**SANTIAGO US PACHECO**, *et al.*,

    Plaintiffs,
v.

**CACERES INTERIOR PARTITIONS, INC**, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with mediator Neil Flaxman, Esq., on March 7, 2019, commencing at 10:00 a.m. at Esquire Solutions, 44 West Flagler Street, Suite 1400, in Miami, Florida. This date shall <u>not</u> be rescheduled without leave of the Court. The parties are reminded that a report of their mediation must be filed by **March 12, 2019**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of November, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record